E. Colden, by Orlando J. Moore, her next friend *v.* Haskins and others.

---

On motion to strike out a next friend, that he might become a witness, the court required the new next friend to give security for costs already incurred.

---

Cause at issue ; and petition, on the part of the complainants, showing that Orlando J. Moore, the next friend, was a material and necessary witness and praying that his name might be stricken from the bill and the name of John M. Bloodgood substituted in his place as next friend of the complainant, Eliza Colden.

Mr. *H. M. Western*, for the petitioner.

Mr. *B. W. Bonney*, objected to the motion, unless security

1839.

CAIRNS
v.
CHABERT.

were given for the costs already incurred, which were considerable.

THE VICE-CHANCELLOR :—Let an order be entered, that John M. Bloodgoood be substituted and appointed next friend of the complainant Eliza Colden ; and that the name of Orlando J. Moore be stricken out and hereafter omitted in the proceedings as such next friend, after the said John M. Bloodgood shall have entered into a bond to the defendants in the sum of five hundred dollars, to pay the costs already incurred, in case such costs shall be adjudged to the defendants.